# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0206JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEATHER CHANCEY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter comes before the court on Defendant Heather Chancey's motion for early termination of supervised release (Dkt. # 176). The court DIRECTS the Clerk to take the motion off of the court's calendar.

//

//

//

MINUTE ORDER - 1

1 | Filed and entered this 7th day of February, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk